**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                                                                **PLAINTIFF**

**VERSUS**                                            **CIVIL ACTION NO. 1:05CR3**

**TOMMY DAVIDSON**                                                                       **DEFENDANT**

## ORDER

This cause is before the Court on the defendant's Motion for Continuance [29-1]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

The trial of this matter is currently set for August 29, 2005. Counsel for the defendant represents in the motion that while he has received some discovery from the government, more is expected to be forthcoming. In addition, defendant continues to explore the possibility of a plea agreement with the government and needs additional time to complete negotiations. The government does not oppose the requested continuance.

These circumstances enable the Court to exclude, pursuant to 18 U.S.C. § 3161(h)(8)(A), the period of delay from August 29, 2005 until the new trial date to be set in this matter.

IT IS, THEREFORE, ORDERED AND ADJUDGED that

1. The defendant's Motion for Continuance [29-1] is GRANTED;

2. That the trial of this matter is continued until Monday, October 17, 2005 at 9:00 a.m. in the United States District Courthouse in Greenville, Mississippi; multiple voir dire is to be held at the same time and place;

3. That the delay from August 29, 2005 until October 17, 2005 is excluded as set out above;

4. That the deadline for filing pretrial motions is September 26, 2005;

5. That the deadline for submitting a plea agreement is October 3, 2005.

SO ORDERED, this the 24th day of August, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE