**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                                                                        **PLAINTIFF**

**VERSUS**                                                    **CIVIL ACTION NO. 1:05CR3**

**TOMMY DAVIDSON**                                                                  **DEFENDANT**

## **ORDER**

This cause is before the Court on the defendant's Motion for Continuance [32-1]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

The trial of this matter is currently set for October 17, 2005. Counsel for the defendant represents in the motion that in the interim since his indictment, he was apprehended and charged with another offense. The defendant's attorney is engaging in negotiations toward a consolidated plea agreement on both the indicted drug count and the unindicted charge. Defendant seeks additional time to complete negotiations. The government does not oppose the requested continuance.

These circumstances enable the Court to exclude, pursuant to 18 U.S.C. § 3161(h)(8)(A), the period of delay from October 17, 2005 until the new trial date to be set in this matter.

IT IS, THEREFORE, ORDERED AND ADJUDGED that

1.    The defendant's Motion for Continuance is GRANTED;

2.    That the trial of this matter is continued until Monday, November 14, 2005 at 9:00 a.m. in the United States District Courthouse in Greenville, Mississippi; multiple voir

dire is to be held at the same time and place;

3. That the delay from October 17, 2005 until November 14, 2005 is excluded as set out above;

4. That the deadline for filing pretrial motions is October 24, 2005;

5. That the deadline for submitting a plea agreement is October 31, 2005.

SO ORDERED, this the 11th day of October, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE